**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Bithyou Bithyou |
| Debtor 2 (Spouse, if filing) | Nahrain Odisho |
| United States Bankruptcy Court for the: | Northern District of IL (State) |
| Case number | 12-36887 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** PNC Bank NA

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 1 3 9 8

**Property address:** 9545 N. Lawler
Number  Street

Skokie, IL 60077
City  State  ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 25 / 18
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total**. Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
MM / DD / YYYY

---

Form 4100R  **Response to Notice of Final Cure Payment**  page **1**

Debtor 1  **Bithyou Bithyou**
    First Name   Middle Name   Last Name

Case number (*if known*) __12-36887__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/ Timothy M. Johnson__
   Signature

Date  05 / 14 / 2018

Print  __Timothy M. Johnson__
   First Name   Middle Name   Last Name

Title  __Attorney__

Company  __Marinosci Law Group__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  __134 N LaSalle St., Ste 1900__
   Number   Street

__Chicago, IL 60602__
City   State   ZIP Code

Contact phone  (312) 940 – 8580

Email  __tjohnson@mlg-defaultlaw.com__

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 05/14/2018

Chapter 13 Trustee: Marilyn O Marshall

Trustee Address:

Trustee Email: courtdocs@chi13.com

Debtor's Counsel Name: Claudia Farfan Badillo

Debtor's Counsel Address:

Debtor's Counsel Email: badillolawyer@gmail.com

Debtor 1 Name: Bithyou Bithyou

Debtor 2 Name: Nahrain Odisho

Debtor's Mailing Address: 9545 N. Lawler Skokie, IL 60077

Debtor Email:

/s/ Staci Matthei